# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2327
LT Case No. 59-2022-CF-1771-A

_____

ANDRE LAVINCENT CRIST,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Melanie Freeman Chase, Judge.

Matthew J. Metz, Public Defender, and Louis Rossi, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.


May 14, 2026


PER CURIAM.

AFFIRMED.


MAKAR, LAMBERT, and KILBANE, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---